Tyroler.— Motion granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Sailing W. Baruch and Another v. Sidney Heyman and Another.— Motion granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Mollie Scheiner v. Equitable Life Assurance Society of the United States.— Motion granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Frank E. Rooney v. Hudson and Manhattan Railroad Company.— Motion granted upon condition that the appeal be argued or submitted on the 4th day of December, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Charles H. Moses, Respondent, v. Samuel Zierler and Another, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Charles H. Moses v. Samuel Zierler and Another.— Motion granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of Supplementary Proceedings: Harold G. McGary, Judgment Creditor, Respondent, v. Charles A. Leitch, Judgment Debtor, Appellant; Jacob S. Sheldon, Receiver, Respondent.— Since the creditors did not authorize this proceeding, the motion to punish for contempt would not lie. Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of Supplementary Proceedings: Harold G. McGary v. Charles A. Leitch. Jacob S. Sheldon, Receiver.— Motion granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of Dallas S. Townsend and Stuart S. Janney for Appointment as Ancillary Committee of the Person and Property of Isabel D. McHie, an Incomeptent.— Motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Lena Peck, as Administratrix, etc., of Morris Peck, Deceased, v. Benjamin J. Weil and Another.— Preference granted for December 8, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

The People of the State of New York v. Sidney D. Tait.— Preference granted for December 8, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

The People of the State of New York v. Philip Beberman.— Motion granted, and the time of the appellant to file his points on appeal extended to and including November 28, 1931, with notice of argument for December 15, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Estate of Caroline W. Frame, Deceased.— Decree affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin and O'Malley, JJ.

New York Plumbers Specialties Co., Inc., Appellant, v. 52 West Broadway Corporation, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

Samuel Tamberelli and Another, Respondents, v. Henry Ost, Appellant.—